COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| IN RE: ROLANDO G. ARAFILES, | § | No. 08-11-00275-CR |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

## <u>MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS</u>

Relator filed a *pro se* petition for writ of mandamus, asking that we order the trial court to dismiss his prosecution for perjury because the county attorney and sheriff allegedly have not taken their oaths of office in the last two years. A writ of mandamus will issue to compel a trial court to perform a ministerial act when the relator has no adequate remedy at law. *State ex rel. Young v. Sixth Judicial Dist. Court at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007)(orig. proceeding). Relator's petition and the accompanying record do not establish that this standard has been met. Accordingly, the petition for writ of mandamus is denied.

October 26, 2011

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, J., and Chew, C.J. (Senior)
Chew, C.J. (Senior), not participating

(Do Not Publish)